No. 82–272. MISSOURI *v.* MCKINNEY. Ct. App. Mo., Western Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated

and case remanded for further consideration in light of *Missouri* v. *Hunter, ante,* p. 359.